# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand and sixteen.

_____

Mohammad Sattar,

    Plaintiff - Appellant,

v.

United States Department of Homeland Security, United States Immigrations and Customs Enforcement, John Ulianko, an individual, Martin McRimmon, an individual, Janet Napolitano, in her Official Capacity as Secretary of the U.S. Department of Homeland Security, by and through the U.S. Immigration and Customs Enforcement, Jeh Johnson,

    Defendants - Appellees.

_____

**ORDER**

Docket No. 15-3039

    Appellant moves for an extension of time, until April 29, 2016, to file a reply brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court**:**

    Catherine O'Hagan Wolfe,
    Clerk of Court